IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02140-AP

PHILIP T. BARELA,

    Plaintiff,

v.

LINDA S. McMAHON, Acting Commissioner of Social Security,[1]

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.    APPEARANCES OF COUNSEL**

| | |
|---|---|
| Gregory J. Styduhar | Troy A. Eid |
| Koncilja & Koncilja, P.C. | United States Attorney |
| 125 West B Street | |
| Pueblo, CO 81003 | Kurt J. Bohn |
| greg@konciljaandkoncilja.com | Assistant U.S. Attorney |
| | kurt.bohn@usdoj.gov |
| Attorney for Plaintiff. | |
| | Debra J. Meachum |
| | Special Assistant U.S. Attorney |
| | 1961 Stout St., Suite 1001A |
| | Denver, Colorado 80294 |
| | Telephone: (303) 844-1570 |
| | debra.meachum@ssa.gov |
| | |
| | Attorneys for Defendant. |

---

[1] On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF RELEVANT PLEADINGS**

   **A. Date Complaint Was Filed:** October 25, 2006
   **B. Date Complaint Was Served on U.S. Attorney's Office**: November 13, 2006
   **C. Date Answer and Administrative Record Were Filed:** January 12, 2007

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not intend to submit additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not involve unusual claims or defenses.

**7.    OTHER MATTERS**

The parties have no other matters to bring to the Court's attention.

**8.    PROPOSED BRIEFING SCHEDULE**

   **A. Plaintiff's Opening Brief Due:** March 13, 2007
   **B. Defendant's Response Brief Due:** April 10, 2007.
   **C. Plaintiff's Reply Brief (If Any) Due:** April 25, 2007

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

   **A. Plaintiff's Statement:** Plaintiff does not request oral argument.
   **B. Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A. (X ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B. () All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

The parties filing motions for extensions of time or continuances must comply with C.COLO.CivR 7.1( C) by submitting proof that a copy of the motion has been served upon the <u>moving attorney's client</u>, all attorneys of record, and all *pro se* parties.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 2nd day of February, 2007.

                                              BY THE COURT:

                                              <u>*s/John L. Kane*</u>
                                              U.S. DISTRICT COURT JUDGE

APPROVED:

s\Gregory J. Styduhar 2/1/07  
Gregory J. Styduhar  
Koncilja & Koncilja, P.C.  
125 West B Street  
Pueblo, CO 81003  
greg@konciljaandkoncilja.com

Attorney for Plaintiff.

Troy A. Eid  
United States Attorney

Kurt J. Bohn  
Assistant U.S. Attorney  
kurt.bohn@usdoj.gov

By:  s/Debra J. Meachum 2/1/07  
Debra J. Meachum  
Special Assistant U.S. Attorney  
1961 Stout St., Suite 1001A  
Denver, Colorado  80294  
Telephone: (303) 844-1570  
debra.meachum@ssa.gov

Attorneys for Defendant