IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02140-MSK

PHILIP BARELA,

    Plaintiff,

v.

MICHAEL J. ASTRUE[1], *Commissioner of Social Security,*

    Defendant.

## ORDER RESCHEDULING ORAL ARGUMENT

THIS MATTER comes before the Court *sua sponte,*

**IT IS THEREFORE ORDERED** that:

1. The oral argument previously set for December 27, 2007, is hereby reset to **February 13, 2008,** at **4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

2. All other provisions of the Court's Order Setting Oral Argument issued on July 9, 2007, shall apply to the rescheduled hearing.

DATED this 17th day of December, 2007.

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge

---

[1] Michael J. Astrue, is substituted for Jo Anne B. Barnhart as the defendant in this suit.